# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: § | |
| § | CASE NO. 18-56209-jwc |
| L'Tanya Rosanna Bellille § | CHAPTER 13 |
| aka L'Tanya R. Bellille § | |
| § | |
| Debtor § | |
| Bridgecrest Credit Company, LLC, § | CONTESTED MATTER |
| § | |
| Respondent § | |
| v. § | |
| L'Tanya Rosanna Bellille, Debtor § | |
| § | |
| Nancy J. Whaley, Trustee § | |
| § | |

## AMENDED OBJECTION TO CONFIRMATION

COMES NOW, Bridgecrest Credit Company, LLC, (BCC) and makes and files its Objection to the Confirmation of the Debtor's Chapter 13 case for the reasons set forth below:

1.

BCC, holds a first priority lien on the Certificate of Title to the Debtor's 2007 Infiniti G35, VIN: JNKBV61E67M706320.

2.

The Debtor's plan values BCC's collateral in the amount of 6,950.00, with an interest rate of 5.50%, monthly payments in the amount of $50.00 increasing to $225.00 in 6/2020.

3.

BCC's claim is approximately $18,888.61 with a contractual interest rate of 22.790%.

4.

The Debtor's proposed monthly payment and interest rate are insufficient to provide BCC, with adequate protection.

THEREFORE, based upon the above and foregoing facts BCC objects to the confirmation of the Debtor's Chapter 13 case.

This June 15, 2018

                                                Respectfully Submitted

**/s/ Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Attorney for Respondent
5775 Glenridge Drive, Building D, Suite 100
Atlanta, GA  30328
Phone: (404) 252-6385, Fax: (404) 252-6394
Email: rmaner@rbmlegal.com

**CERTIFICATE OF SERVICE**

       This is to certify that I have served a copy of **OBJECTION TO CONFIRMATION** electronically. Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage thereon as follows:

L'Tanya Rosanna Bellille
PO Box 1014
Rex, GA 30273

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III- Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Nancy J. Whaley
Nancy J. Whaley, Standing Ch 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303


       This June 15, 2018

       **/s/ Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Attorney for Respondent
5775 Glenridge Drive, Building D, Suite 100
Atlanta, GA  30328
Phone: (404) 252-6385, Fax: (404) 252-6394
Email: rmaner@rbmlegal.com

# Georgia Certificate of Title

DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM LEFT EDGE.

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | TYPE OF BODY | MODEL | CYL | DATE ISSUED |
|---|---|---|---|---|---|---|
| JNKBV61E67M706320 | INFINITI | 2007 | 4 DOOR | G35 | 6 | 03/12/2015 |

| DATE VEHICLE PUR | FUEL | NEW OR USED | ODOMETER | PREVIOUS TITLE NBR / STATE OF ISSUE | NBR OF LIENS | COLOR | CURRENT TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 02/18/2015 | GASOLINE | USED | 099731 | 00K4015015083 /AZ | 1 | BLU / BLU | |

*ODOMETER READING IS ACTUAL MILEAGE OF THE VEHICLE UNLESS OTHERWISE INDICATED

**OWNER**
L TANYA ROSANNA BELLILLE
1903 CARRINGTON PARK
JONESBORO GA 30236-2870

MAIL TO:
DT ACCEPTANCE CORP
PO BOX 2997
PHOENIX AZ 85062-2997

**1ST LIEN OR SECURITY INTEREST**
DT ACCEPTANCE CORP
PO BOX 2997
PHOENIX AZ 85062-2997

**2ND LIEN OR SECURITY INTEREST**

**3RD LIEN OR SECURITY INTEREST**

VOID VOID VOID VOID VOID VOID

The person named herein is registered as the lawful owner of the vehicle described subject to any liens or security interests set forth and such liens or security interests as may subsequently be filed with the Commissioner.

037073799

**RELEASE OF LIEN OR SECURITY INTEREST**

| DATE OF RELEASE | SECURITY INTEREST HOLDER | AUTHORIZED AGENT |
|---|---|---|
| 1ST LIEN | | BY |
| 2ND LIEN | | BY |
| 3RD LIEN | | BY |

STATE REVENUE COMMISSIONER